IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MATTHEUS ANTUAN WILCOX, )
)
Plaintiff, )
)
v. ) CV 317-015
)
BRYAN SELPH, Magistrate Judge; )
JEFFERY DEAL, Telfair County Sheriff's )
Department Drug Investigator; and TELFAIR )
COUNTY SHERIFF'S DEPARTMENT, )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DIMSISSES** Plaintiff's claims against Magistrate Judge Bryan Selph and Telfair County Sheriff's Department, and **DISMISSES** Magistrate Judge Bryan Selph and Telfair County Sheriff's Department from this case.

SO ORDERED this 10th day of October, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE