# United States District Court
## Southern District of Georgia

MATTHEUS ANTUAN WILCOX,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 317-015

JEFFERY DEAL, Telfair County Sheriff's Department Drug Investigator,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order adopting, as the Court's opinion, the Report and Recommendation of the Magistrate Judge dated 1/3/2018, that this case is dismissed without prejudice. This action stands closed.

| | | |
|---|---|---|
| 1/3/2018 | | Scott L. Poff |
| *Date* | | *Clerk* |
| | | /s/ Jamie Hodge |
| | | (By) Deputy Clerk |

GAS Rev 10/1/03